IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL JOSEPH SANDERSON                                                        PETITIONER

v.                                          CASE NO. 04-60004

UNITED STATES OF AMERICA                                                        RESPONDENT

# ORDER

Before the court is Petitioner's Petition to Amend Judgment and Commitment (Doc. 39). Petitioner was sentenced by this Court on September 27, 2004. On June 8, 2007, he filed this Petition to Amend Judgment and Commitment.

Petitioner states that after he was sentenced by this Court, he was incarcerated in a United States Prison. On March 9, 2005, he states he was moved to state custody only to be transferred back to federal custody on July 28, 2005. Petitioner further states the Bureau of Prisons ("BOP") has restarted his sentence from July 28, 2005, giving him no credit for his previous time served.

Petitioner was sentenced by this court to 125 months in prison to "be concurrent with any undischarged state court sentencing time." However, it is the BOP's duty to award credit for time served. *United States v. Wilson*, 503 U.S. 329, 331-35 (1992) (acting through the BOP, Attorney General-not sentencing court-is responsible for awarding credit for time served on federal sentence). The Judgment and Commitment was filled out accordingly. The record and sentence of this Court was correct and should not be Amended. Accordingly, Petitioner's Petition to Amend Judgment and commitment (Doc. 39) is DENIED.

IT IS SO ORDERED.

Dated:   June 26, 2007

                                                            */s/ Robert T. Dawson*
                                                            Robert T. Dawson
                                                            United States District Judge